Michael J. Plonsker, SBN 101235
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
T: 310.552.0130
MJPlonsker@rkmc.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANK AZARIA, an individual, and HOW TO PICTURES, INC., a California corporation<br><br>Plaintiff(s)<br><br>v.<br><br>CRAIG BIERKO, an individual<br><br>Defendant(s). | CASE NUMBER:<br><br>12-CV-09732 GAF (RZx)<br><br>**ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

<u>Hank Azaria and How To Pictures, Inc.</u>   X  Plaintiff   ☐ Defendant   ☐ Other _____
*Name of Party*

to substitute   <u>Michael J. Plonsker</u>   who is

X  Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

<u>Plonsker Law LLP, 1990 S. Bundy Drive, Suite 280</u>
*Street Address*

<u>Los Angeles, CA 90025</u>                  <u>mplonsker@plonskerlaw.com</u>
*City, State, Zip*                           *E-Mail Address*

<u>310-861-8050</u>         <u>310-496-2577</u>          <u>101235</u>
*Telephone Number*      *Fax Number*              *State Bar Number*

as attorney of record instead of   <u>Michael J. Plonsker</u>
                                  *Present Attorney*

**is hereby**   X   **GRANTED**    ☐ **DENIED**

Dated  <u>February 19, 2013</u>        _____
                                     U. S. District Judge

**NOTICE TO COUNSEL:** IF YOU CURRENTLY RECEIVE ELECTRONIC SERVICE AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.